Don Victor HARBOLT, Jr., Appellant,

v.

Noah L. ALLDREDGE, Warden, Appellee.

No. 295–70.

United States Court of Appeals,
Tenth Circuit.

Oct. 22, 1970.

Don Victor Harbolt, Jr., pro se.

Before LEWIS, Chief Judge, PICK-
ETT, Circuit Judge, and KERR, District
Judge.

PER CURIAM.

Upon docketing, this case was assigned to the summary calendar in view of the unsubstantial questions involved and Harbolt was given an opportunity to address the underlying merits and oppose summary action, which he has done.

A thorough review of the files and records in this case, along with the papers submitted by Harbolt, convinces us that the judgment of the district court is correct and that there is no necessity for further argument.

Accordingly, we affirm for the reasons stated in 311 F.Supp. 688 (W.D.Okl. 1970).

Henry A. AULT, dba Hank Ault Well
Drilling, Plaintiff and Appellee,

v.

UNITED STATES of America,
Appellant.

No. 24415.

United States Court of Appeals,
Ninth Circuit.

Sept. 1, 1970.

Robert V. Zener (argued), Robt. E. Kopp, Attys., Wm. D. Ruckelshaus, Asst. Atty. General, Dept. of Justice, Washington, D. C., Douglas B. Baily, U. S. Atty., Anchorage, Alaska, for appellant.

Andrew E. Hoge (argued), of Robinson, McCaskey, Strachan & Hoge, Anchorage, Alaska, for appellee.

Before CHAMBERS, HAMLEY and KILKENNY, Circuit Judges.

PER CURIAM:

The judgment is affirmed on the basis of the district court opinion. See Ault v. Harris, filed October 21, 1968, 317 F. Supp. 373.